

700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
PHONE: 202.654.6200
FAX: 202.654.6211
www.perkinscoie.com

John K. Roche
PHONE: (202) 434-1627
EMAIL: JRoche@perkinscoie.com

November 16, 2011

**VIA HAND DELIVERY**

Civil Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314
703-299-2101

1:11cv1255 · AJT/JFA

Re:   *Amy LaMarca, et al. v. Virginia State Board of Elections, et al.*

Dear Civil Clerk:

In the folder marked "FILE WITH CLERK," please find enclosed for filing one check for $350 and originals of the following pleadings in the above-captioned case:

1)   Civil Cover Sheet;
2)   Complaint; and
3)   Summons for each defendant;

In the folder marked "SERVICE COPIES," please find enclosed an additional copy of the Complaint for each defendant as well as a copy of each Summons for endorsement. **Service will be made by private process server** today if it is possible for the clerk's office to endorse the Summonses today and return them to my messenger. If it is not possible for the clerk's office to endorse the Summonses today, please kindly notify me at 202-434-1627 when they have been endorsed. At that time my messenger will return to your office to retrieve the endorsed copies.

In the folder marked "STAMP COPIES," please find enclosed additional copies of each document for date-stamping and return to my messenger for our case file.

Thank you for your assistance in this matter and please do not hesitate to contact me if you have any questions.

Page 2

Very truly yours,

*[signature]*

John K. Roche

70916-0013/LEGAL22139692.1