IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| AMY LAMARCA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.: 1:11-cv-01255-AJT-JFA |
| v. | ) | |
| | ) | |
| VIRGINIA STATE BOARD OF | ) | |
| ELECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RULE 12(b)**
**MOTIONS TO DISMISS**

Defendants move to dismiss the complaint for want of jurisdiction pursuant to Rule 12(b)(1) for the reasons stated in the accompanying memorandum of points and authorities.

Defendants move to dismiss the complaint for failure to state a plausible claim pursuant to Rule 12(b)(6) for the reasons stated in the accompanying memorandum of points and authorities.

Respectfully submitted,

VIRGINIA STATE BOARD OF ELECTIONS,
CHARLES JUDD, KIMBERLY BOWERS, DON
PALMER, ROBERT F. MCDONNELL, BILL
BOLLING, and KENNETH T. CUCCINELLI, II,
in their official capacities

_____/s/_____
E. Duncan Getchell, Jr.
Solicitor General
(VSB No. 14156)
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-2436 – Telephone
(804) 371-0200 – Facsimile

dgetchell@oag.state.va.us
*Counsel for Defendants*

Kenneth T. Cuccinelli, II
Attorney General of Virginia

E. Duncan Getchell, Jr., VSB #14156
Solicitor General of Virginia
E-mail:  dgetchell@oag.state.va.us

Wesley G. Russell, Jr., VSB #38756
Deputy Attorney General
E-mail:  wrussell@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record for Plaintiff:

> John K. Roche, Esquire
> Perkins Coie, LLP
> 700 13th Street, N.W.
> Suite 600
> Washington, DC  20005-3960
>
> J. Gerald Hebert, Esquire
> 191 Somerville Street, #405
> Alexandria, VA  22304

> _____/s/_____
> E. Duncan Getchell, Jr.
> Solicitor General
> (VSB No. 14156)
> Office of the Attorney General
> 900 East Main Street
> Richmond, Virginia 23219
> (804) 786-2436 – Telephone
> (804) 371-0200 – Facsimile
> dgetchell@oag.state.va.us
> *Counsel for Defendants*