## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AMY LAMARCA, an individual; JON-CHRISTOPHER BOLLING, an individual; NANCY MCPHERSON, an individual; CHRISTINA REBMAN, an individual; ROLLAND D. WINTER, an individual; and CHRISTOPHER AMBROSE, an individual, <br><br>　　Plaintiffs, <br><br>　　v. <br><br>VIRGINIA STATE BOARD OF ELECTIONS; CHARLES JUDD, in his capacity as Chairman of the Virginia State Board of Elections; KIMBERLY BOWERS, in her capacity as Vice-Chair of the Virginia State Board of Elections; DON PALMER, in his capacity as Secretary of the Virginia State Board of Elections; ROBERT F. MCDONNELL, in his capacity as Governor of Virginia; BILL BOLLING, in his capacity as Lieutenant Governor of Virginia; and KENNETH T. CUCCINELLI, II, in his capacity as Attorney General of Virginia, <br><br>　　Defendants. | Civil Action No. 1:11-cv-01255-AJT-JFA |

### MOTION FOR LEAVE TO FILE SURREPLY

Pursuant to Local Rule 7(F)(1), Plaintiffs Amy Lamarca, Jon-Christopher Bolling, Nancy McPherson, Christina Rebman, Rolland D. Winter, and Christopher Ambrose (collectively "Plaintiffs") respectfully request leave to file the attached Surreply Memorandum in order to respond to arguments raised for the first time in the Reply filed by Defendants Virginia State Board of Elections, Charles Judd, Kimberly Bowers, Don Palmer, Robert F. McDonnell, Bill Bolling, and Kenneth T. Cuccinelli, II (collectively "Defendants") in support of their 12(b) Motions to Dismiss ("Defendants' Reply").  In the alternative, Plaintiffs respectfully request that

the Court strike Defendants' newly-raised arguments that were improperly included, for the first time, in their reply. The grounds for this Motion are more fully articulated in the memorandum in support of this motion.

Dated:  December 23, 2011

Respectfully submitted,

By:  /s/  John K. Roche
    John K. Roche (VSB# 68594)
    John Devaney (*pro hac* pending)
    Marc Erik Elias (admitted *pro hac vice*)
    Perkins Coie, LLP
    700 13th St., N.W., Suite 600
    Washington, D.C. 20005-3960
    Phone:  (202) 434-1627
    Fax:  (202) 654-9106
    Email: JRoche@perkinscoie.com
    Email: MElias@perkinscoie.com

    Kevin J. Hamilton (admitted *pro hac vice*)
    Abha Khanna (admitted *pro hac vice*)
    Perkins Coie, LLP
    1201 Third Avenue, Ste. 4800
    Seattle, WA 98101-3099
    Phone:  (206) 359-8000
    Fax:  (206) 359-9000
    Email: KHamilton@perkinscoie.com
    Email: AKhanna@perkinscoie.com

    J. Gerald Hebert
    VA Bar No. 38432
    191 Somerville Street, #405
    Alexandria, VA 22304
    (703) 628-4673

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of December, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system and will serve the foregoing via email and overnight commercial delivery service to the following:

E. Duncan Getchell, Jr.
Michael H. Brady
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-7240
Fax: (804) 371-0200
mbrady@oag.state.va.us

*Attorneys for Defendants*

                                        By _____/s/_____
John K. Roche (VSB# 68594)
Perkins Coie, LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Phone: 202-434-1627
Fax: 202-654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*

70916-0013/LEGAL22382793.1