## ** CIVIL MOTION MINUTES **

Date: 02/10/2012                        Judge: Trenga
                                                         Reporter: R. Wilson

Time:  10:37 a.m. - 10:51 a.m.

Civil Action Number: 1:11cv01255

Amy Lamarca, et al.,  vs.  VA State Board of Elections, et al.,

Appearances of Counsel for       ( ✘ ) Pltf       ( ✘ ) Deft

Motion to/for:

[9] Motion to Convene Three-Judge Court by Christopher Ambrose, Jon-Christopher Bolling, Amy Lamarca, Nancy McPherson, Christina Rebman, Rolland D. Winter

[10] Motion to Dismiss by Bill Bolling, Kimberly Bowers, Kenneth T. Cuccinelli, II, Charles Judd, Robert F. McDonnell, Don Palmer, Virginia State Board of Elections

Argued &     SEE BELOW

( ✘ ) Granted    ( ✘ ) Denied (   ) Granted in part/Denied in part
(   ) Taken Under Advisement (   ) Continued to

[9] Motion to Convene Three-Judge Court by the Pltfs is **DENIED**.
[10] Motion to Dismiss by the Defts is **GRANTED**.

(   ) Report and Recommendation to Follow
( ✘ ) Order to Follow