UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AMY LAMARCA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:11-cv-1255 (AJT/JFA) |
| ) | |
| VIRGINIA STATE BOARD OF ) | |
| ELECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Convene Three-Judge Court (Doc. No. 9), Defendants' Motion to Dismiss (Doc. No. 10), Plaintiffs' Motion for Leave to File Surreply (Doc. No. 30), and Plaintiffs' Motion for Leave to File Supplemental Authority (Doc. No. 39). Upon consideration of the motions, the memoranda filed in support thereof and opposition thereto, and the arguments of counsel at the hearing held on February 10, 2012, and for the reasons stated in open court, it is hereby

ORDERED that Plaintiffs' Motion for Leave to File Surreply (Doc. No. 30) be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiffs' Motion for Leave to File Supplemental Authority (Doc. No. 39) be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiffs' Motion to Convene Three-Judge Court (Doc. No. 9) be, and the same hereby is, DENIED; and it is further

ORDERED that Defendants' Motion to Dismiss (Doc. No. 10) be, and the same hereby is, GRANTED.

2

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 in favor of Defendants and against Plaintiffs, and to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 10, 2012

2