**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| AMY LAMARCA, *et al.,* | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:11cv01255 (AJT/JFA) |
| | ) | |
| VIRGINIA STATE BOARD OF | ) | |
| ELECTIONS, *et al.,* | ) | |
|     Defendants. | ) | |

## JUDGMENT

Pursuant to the order of this Court entered on February 10, 2012, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendants and against Plaintiffs.

February 10, 2012                                             FERNANDO GALINDO
Date                                                                  Clerk

                                                                                   /s/ Kristina Brown
                                                                                    (By) Deputy Clerk